**Order entered October 18, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00844-CV

## IN THE INTEREST OF G.A.L., A CHILD

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 85844**

## ORDER

Before the Court is appellant's October 17, 2019 second motion for an extension of time to file her brief on the merits in this accelerated appeal involving the termination of her parental rights. We **GRANT** the motion and extend the time to **October 24, 2019**. We caution appellant that further extension requests will be strongly disfavored.

/s/      BILL WHITEHILL
JUSTICE